UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO TERRIQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:21-cv-00983-ADA-HBK<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF ALFONSO TERRIQUEZ AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

Alfonso Terriquez and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on October 3, 2022. (ECF No. 18.) They agree that, on remand, "the Commissioner will further develop the record as necessary and issue a new decision." (*Id.* at 1.) Further, the parties stipulated that judgment shall be entered in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner. (*Id.* at 2.)

Accordingly,

1. The stipulation of the parties, (ECF No. 18.), is granted;
2. The matter is remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g);
3. Plaintiff's opening brief, (ECF No. 16), is terminated as moot; and

4. The Clerk of Court is directed to enter judgment in favor Alfonso Terriquez and against Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   October 17, 2022

_____
UNITED STATES DISTRICT JUDGE